**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Mariano Garay-Ortiz, being duly sworn, depose and state as follows:

1. I am a U.S. Customs and Border Protection (CBP) Enforcement Officer with the Department of Homeland Security, assigned to investigate immigration law violations and the criminal laws of the United States at the Luis Muñoz Marín International Airport, Carolina, Puerto Rico. As a CBP Enforcement Officer, my duties and responsibilities include the enforcement of the Immigration and Nationality Act (INA). Furthermore, I am assigned to conduct investigations of criminal violations of the immigration laws of the United States, including violations of Title 8 and Title 18 of the United States Code, and to ensure the removal of individuals who are in the United States in violation of the immigration laws. I have been employed as a CBP Enforcement Officer since 2007. Before that, I was employed by the Immigration and Naturalization Service (INS) since 2003, prior to the merger of the various federal components into the Department of Homeland Security, which now includes CBP.

2. I am thoroughly familiar with the information contained in this affidavit, either through my own personal investigation or through discussions with other law enforcement officers who have interviewed individuals or personally obtained information, which they in turn reported to me.

3. On or about October 5, 2026, an alien by the name of Ramon Orlando LORA-PAULINO (LORA-PAULINO), a citizen of the Dominican Republic, was encountered by CBP at the Luis Muñoz Marín International Airport while trying to board Frontier flight F9 239 to Punta Cana, Dominican Republic, without proper documentation.

4. During the inspection conducted by CBP Officers, the alien claimed to be a citizen of the Dominican Republic named Ramon Orlando LORA-PAULINO and presented Dominican Republic Passport (#XXXXXX565) as proof of identity.

5. The document presented by LORA-PAULINO contained his photograph and was issued under the name "Ramon Orlando LORA-PAULINO." LORA-PAULINO claimed to be the rightful bearer of the document.

6. Because LORA-PAULINO did not possess an admission stamp in his passport authorizing his presence in the United States, he was referred to secondary inspection.

7. During the interview and examination, a Puerto Rico Driver's License (#XXXX388), a Puerto Rico Voter's Card (#XXXX268), and a copy of a Social Security Card (#XXX-XX-0831) were found in his possession. All of these documents were issued under the name of an individual with the initials E.H.R.

8. Both the driver's license and the voter's card contain LORA-PAULINO's photograph.

9. During the inspection process, LORA-PAULINO's fingerprints were submitted to the FBI for examination and comparison. This examination disclosed no match to any criminal record. Immigration records revealed the following:

    a. On March 8, 2023, LORA-PAULINO was apprehended by the U.S. Coast Guard and repatriated to the Dominican Republic.

10. Based on the above investigation, LORA-PAULINO was advised of his Miranda rights. LORA-PAULINO waived his rights and agreed to answer questions without the presence of counsel.

11. Under oath, LORA-PAULINO admitted that he entered the United States without being inspected, admitted, or paroled, at a place and time not designated by the Attorney General or his successor, the Secretary of Homeland Security. He stated that he entered the United States on or about May 6, 2023, in a yawl-type vessel near Aguadilla, Puerto Rico.

12. Additionally, LORA-PAULINO revealed that he obtained a Puerto Rico birth certificate and a copy of the Social Security card by paying approximately $1,000.00 USD to an individual for the purpose of deceiving immigration authorities. LORA-PAULINO stated that he did not know the full name of the individual.

13. LORA-PAULINO used these documents to obtain the driver's license from the Department of Transportation and Public Works (*Obras Públicas*).

14. Further examination of the driver's license using the database of the Department of Transportation and Public Works (*Obras Públicas*) revealed that the driver's license with number (#XXXX388), which was possessed by LORA-PAULINO, is a real document.

15. LORA-PAULINO also stated that he was stopped by U.S. Immigration and Customs Enforcement (ICE) and presented and used the driver's license (#XXXX388) to fool the agents into believing he was in the United States legally. Following that encounter, LORA-PAULINO went to the Puerto Rico State Commission on Elections to obtain a voter's card to serve as a secondary form of identification.

16. Verification through the Dominican Republic database system confirmed LORA-PAULINO's true identity as Ramon Orlando LORA-PAULINO, a citizen and national of the Dominican Republic.

17. LORA-PAULINO is a citizen and national of the Dominican Republic and is an illegal alien with no authorization or legal status to be present in the United States.

18. LORA-PAULINO was found in the United States in possession of documentation prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, knowing them to be forged, counterfeited, altered, or falsely made, or to have been procured by means of any false claim or statement, or to have been otherwise procured by fraud or unlawfully obtained, all in violation of 18 U.S.C. § 1546(a).

19. Because this affidavit is submitted solely for the purpose of securing a criminal complaint, I have not set forth each and every fact known to me concerning this investigation. I have included what I believe are facts sufficient to establish probable cause for the complaint.

20. Based upon my training, experience, and participation in other investigations, and based on the facts revealed during this investigation, I believe that sufficient probable cause exists to demonstrate the commission of violations of federal law by the above-named subject, specifically: violations of Title 18, *United States Code*, Section 1546(a), and Title 8, *United States Code*, Section 1325(a).

Mariano Garay-Ortiz
CBP Enforcement Officer

Subscribed and Sworn before me pursuant to FRCP 4.1 at 11:11 a.m. by telephone, this 6th day of October 2026, at San Juan, PR.

Digitally signed by Hon. Giselle López-Soler

HONORABLE GISELLE LÓPEZ-SOLER
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF PUERTO RICO